**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
LUIS ENRIQUE LINERO,

                 Plaintiff,                        **25-CV-1028 (VF)**

          -against-

                                          **ORDER**

WILLIAM ZAYAS et al.,

                 Defendants.
-----------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge:**

      The parties are hereby directed to file a joint update on the status of discovery by

**Monday, February 2, 2026**.

         **SO ORDERED.**

DATED:    New York, New York
            January 27, 2026

                                         _____
                                         VALERIE FIGUEREDO
                                         United States Magistrate Judge