**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
LUIS ENRIQUE LINERO,

                    Plaintiff,

            -against-

WILLIAM ZAYAS et al.,

                  Defendants.
-----------------------------------------------------------------X

**25-CV-1028 (VF)**


**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

     The parties are hereby directed to file an updated stipulation of dismissal on or by

**Friday, February 27, 2026**.

       **SO ORDERED.**

DATED:    New York, New York
            February 11, 2026

                                   _____
                                   VALERIE FIGUEREDO
                                   United States Magistrate Judge