**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
LUIS ENRIQUE LINERO,

                         Plaintiff,                          **25-CV-1028 (VF)**

               -against-

                                              **ORDER**

WILLIAM ZAYAS et al.,

                        Defendants.
------------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge:**

The parties are hereby directed to file an updated stipulation of dismissal on or by

**Friday, March 20, 2026**.

      **SO ORDERED.**

DATED:     New York, New York
              March 9, 2026

                                      _____
                                      VALERIE FIGUEREDO
                                      United States Magistrate Judge