**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
LUIS ENRIQUE LINERO,

                     Plaintiff,                    **25-CV-1028 (VF)**

         -against-

                                            **ORDER**

WILLIAM ZAYAS et al.,

                    Defendants.
-----------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge:**

      The parties are hereby directed to file an updated stipulation of dismissal on or by

**Wednesday, April 8, 2026**. The previous filing (see ECF No. 13) was deficient because the

wrong parties whom the voluntary dismissal is against were selected.

      **SO ORDERED.**

DATED:    New York, New York
           April 1, 2026

                                  _____
                                  VALERIE FIGUEREDO
                                  United States Magistrate Judge