**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
LUIS ENRIQUE LINERO,

Plaintiff,

**25-CV-1028 (VF)**

-against-

**ORDER**

WILLIAM ZAYAS et al.,

Defendants.
-----------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge:**

The parties are hereby directed to file an updated stipulation of dismissal on or by **Thursday, August 27, 2026**. The previous filing (see ECF No. 16) was deficient because the stipulation did not state that it was pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**SO ORDERED.**

DATED: New York, New York
August 13, 2026

VALERIE FIGUEREDO
United States Magistrate Judge